**No. 63037.**—DAVID CHOW & Co. and Castelazo & Associates *v.* United States, protest 274624—K (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiffs was sustained.

**No. 63038.**—Mondial Co., Inc. *v.* United States, protest 58/6885(A) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorenson Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 13, 1959

**No. 63039.**—Dunnington & Arnold, Inc. *v.* United States, protest 327635—K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise involved consists of a Mercedes Benz automobile imported as unaccompanied baggage for the account of a nonresident of the United States; that the collector assessed duty on said automobile for the reason that the record showing the arrival of the nonresident in the United States had not been located; that such record has now been established; and that the automobile is properly entitled to free entry, the claim of the plaintiff was sustained.